UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|   |   |
|---|---|
| TIMOTHY SKRYNNIKOV, | |
| PLAINTIFF, | |
| v. | Civil Action No. 11-0609 (GK) |
| FEDERAL NATIONAL MORTGAGE ASSOC., | |
| DEFENDANT. | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of July 7, 2013, requiring that the Parties submit a Joint Status Report by September 13, 2013, the Parties submit this joint status report, which they request be accepted *nunc pro tunc*:

1. On July 30, 2013, Counsel received a notice of Commencement of Arbitration from JAMS, requesting, *inter alia*, that counsel rank by preference a list of potential arbitrators.

2. Within about a week, the Parties submitted their ranked lists of arbitrators to JAMS.

3. On September 12, 2013, the Parties received notice of the appointment of the Hon. Dennis M. Sweeney (Ret.) as Arbitrator in this matter.

4. The Parties are now awaiting further instructions from JAMS.

5. Because the arbitration proceedings have not yet begun, the Parties do not expect to have a meaningful substantive report before June 2014, and therefore propose to report back to the Court on or before June 13, 2014.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Respectfully submitted,

LIPPMAN, SEMSKER & SALB, LLC

| /s/ Damien Stewart | /s/ S. Micah Salb |
|---|---|
| Damien Stewart (D.C. Bar No. 465266) | S. Micah Salb (D.C. Bar No. 453197) |
| Fannie Mae | 7979 Old Georgetown Road |
| Legal Department | Suite 1100 |
| 3900 Wisconsin Avenue NW | Bethesda, Maryland  20814 |
| Washington DC 20016-2892 | (301) 656-6905 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report, was served by e-filing to Counsel for Defendant, Damian Stewart, Esq., on this the twenty-fifth day of August 2013 via the Electronic Case Filing system.

/s/ S. Micah Salb
S. Micah Salb

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906