# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY SKRYNNIKOV,**   )<br>   )<br>   *Plaintiff,*   )<br>   )<br>   v.   )<br>   )<br>**FEDERAL NATIONAL MORTGAGE**   )<br>**ASSOCIATION**   )<br>   )<br>   *Defendant.*   )<br>                                                           ) | Case No. 1:11-cv-00609-GK<br>Honorable Gladys Kessler |

## JOINT STATUS REPORT

Pursuant to this Court's October 16, 2014 Order, the Parties submit this joint status report.

On November 4, 2014, Hon. Dennis M. Sweeney (Ret.) issued a final award finding that Timothy Skrynnikov failed to prove the claims of either Count 1 (Retaliation under the False Claims Act) and Count 2 (Family and Medical Leave Interference).

On November 13, 2014, Mr. Skrynnikov rejected the arbitrator's Award in its entirety, as provided for in Paragraph 14 of the Fannie Mae Dispute Resolution Policy.

Pursuant to Paragraph 14 of the Fannie Mae Dispute Resolution Policy, "If the employee rejects the Award, it will not become binding on the employee or the Company, and the employee may bring suit on the claim at his or her own expense."

Thus, the Parties respectfully suggest that this Court hold a Scheduling Conference to coordinate the proceedings in this Court.

Respectfully submitted,

| | |
|---|---|
| /s/ S. Micah Salb | /s/ William G. Miossi |
| S. Micah Salb (453197) | William G. Miossi (445265) |
| **LIPPMAN SEMSKER & SALB, LLC** | **WINSTON & STRAWN LLP** |
| 7979 Old Georgetown Rd., Suite 1100 | 1700 K Street, N.W. |
| Bethesda, Maryland 20814 | Washington, DC 20006-3817 |
| Tel: (301) 656-6905 | Tel. 202-282-5000 |
| msalb@lsslawyers.com | Wmiossi@winston.com |
| *Attorney for Plaintiff* | |
| | Damien Stewart (465266) |
| | Fannie Mae, Legal Department |
| | 3900 Wisconsin Avenue NW |
| | Washington DC 20016-2892 |
| | Tel: (202) 752-6871 |
| | Damien_g_stewart@fanniemae.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically on November 24, 2014 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

    /s/  S. Micah Salb, Esq.                  .
S. Micah Salb